**ANDERSON & KARRENBERG**
Heather M. Sneddon (#9520)
Jared D. Scott (#15066)
Jason E. Greene (#13990)
50 West Broadway, Suite 700
Salt Lake City, UT 84101-2035
Telephone: (801) 534-1700
E-mail: hsneddon@aklawfirm.com
   jscott@aklawfirm.com
   jgreene@aklawfirm.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (*pro hac vice*)
Neal J. Deckant (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: fklorczyk@bursor.com
   ndeckant@bursor.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARYLEEN JOHNSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BLENDTEC, INC. and K-TECH HOLDINGS, LTD., <br><br> Defendants. | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Case No. 1:19-cv-00083-JNP-EJF <br><br> Honorable Jill Parrish |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Maryleen Johnson hereby dismisses, with prejudice, all claims against Defendants. Each party shall bear its own costs.


Dated:  February 12, 2021

**BURSOR & FISHER, P.A.**

By: _/s/ Frederick J. Klorczyk III_

Frederick J. Klorczyk III (*pro hac vice*)
Neal J. Deckant (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: fklorczyk@bursor.com
        ndeckant@bursor.com

**ANDERSON & KARRENBERG, P.C.**
Heather M. Sneddon (#9520)
Jared D. Scott (#15066)
Jason E. Greene (#13990)
50 West Broadway, Suite 700
Salt Lake City, UT 84101-2035
Telephone: (801) 534-1700
E-mail: hsneddon@aklawfirm.com
        jscott@aklawfirm.com
        jgreene@aklawfirm.com

*Attorneys for Plaintiff*